**Hector S. AMAYA, Petitioner-Appellant,**

v.

**U. S. BOARD OF PAROLE,
Respondent-Appellee.**

**No. 72–3142.**

United States Court of Appeals,
Fifth Circuit.

Nov. 27, 1974.

Roland C. Anderson, Strasburger, Price, Kelton, Martin & Unis, Dallas, Tex. (Court-appointed), for petitioner-appellant.

Alfred C. Aman, Jr., Georgia, Ga., for Jesus Rolon Marxauch, et al., amicus curiae.

William S. Sessions, U. S. Atty., San Antonio, Tex., Ronald F. Ederer, Asst. U. S. Atty., El Paso, Tex., for respondent-appellee.

Before BROWN, Chief Judge, and RONEY and GEE, Circuit Judges.

GEE, Circuit Judge:

Our earlier decision herein[1] having been vacated, 418 U.S. 902, 94 S.Ct. 3191, 41 L.Ed.2d 1151, and the cause remanded to us for further consideration in light of Warden v. Marrero, 417 U.S. 653, 94 S.Ct. 2532, 41 L.Ed.2d 383 (1974), we find this cause controlled by it.

Affirmed.

1. 486 F.2d 940 (5th Cir. 1973).